UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:03CR152-MU

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>          Plaintiff, )<br>)<br>v. )<br>)<br>BRIAN JESSE FREEMAN )<br>          Defendant. )<br>)<br>_____ ) | **FINAL ORDER**<br>**CONFIRMING FORFEITURE** |

On November 16, 2004, this Court entered a preliminary order of forfeiture pursuant to 21 U.S.C. §853(n) and Fed. R. Crim. P. 32.2(b), based upon the defendant's plea of guilty to Count One in the bill of indictment. In that count, defendant was charged with possession with intent to distribute cocaine and marijuana in violation of 21 U.S.C. §841(a)(1).

On February 3, 2006, the United States published in the Mecklenburg Times, a newspaper of general circulation, notice of this forfeiture and of the intent of the government to dispose of the forfeited property in accordance with the law, and further notifying all third parties of their right to petition the Court within thirty days for a hearing to adjudicate the validity of any alleged legal interest in the property. It appears from the record that no such petitions have been filed.

It is therefore ORDERED:

In accordance with Rule 32.2(c)(2), the preliminary order of forfeiture is confirmed as final. All right, title, and interest in the following property, whether real, personal, or mixed, has therefore been forfeited to the United States for disposition according to law: $2,554.00 in currency seized on or about June 27, 2003.

Signed: October 16, 2006

*Graham C. Mullen*
Graham C. Mullen
United States District Judge